# *Leahey & Johnson, P.C.*             (212) 269-7308

*Attorneys at Law*             *Facsimile* (212) 422-4751

*120 Wall Street, New York, New York 10005*

May 19, 2022

**VIA ELECTRONIC MAIL**

ajthomson@zafranlaw.com

Law Offices of Jared S. Zafran
1500 Walnut Street, Suite 500
Philadelphia, PA 19102
Tel. (215) 587-0038

        Re:    **Z.M. v. Archdiocese of New York, et al**
                 **Index Number: 220501170**

Dear Mr. Thomson:

     As you know, we are the Coordinating Counsel for the Archdiocese of New York with respect to CVA matters. As such, we are authorized to accept email service of process on behalf of the Archdiocese of New York and certain other entities.

     We accept electronic service of the Summons and Complaint on May 13, 2022 with respect to the above matter on behalf of the Archdiocese of New York.

     Thank you.

                                                    Very Truly Yours,

                                                    *Joanne Filiberti*

                                                    Joanne Filiberti