# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Z.M.<br>c/o Law Offices of Jared S. Zafran<br>1500 Walnut Street<br>Philadelphia, PA 19102<br><br>                     Plaintiff<br><br>vs.<br><br>ARCHDIOCESE OF NEW YORK<br>1011 1st Avenue<br>New York, NY 10022<br><br>                     Defendant | Civil Action No.: 2:22-cv-02310-MMB<br><br>**ORDER GRANTING DEFENDANT'S EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

This matter having come before the Court on the application of Defendant ARCHDIOCESE OF NEW YORK for an extension of time to file a responsive pleading:

IT IS HEREBY ORDERED AS FOLLOWS:

    1.    Defendant's application for permission to file a responsive pleading subsequent to the Notice of Removal is granted.

    2.    Defendant shall file a responsive pleading including but not limited to an answer, or Motion to Dismiss within thirty (30) days of the entry of this order.

                                                                                                     _____

                                                                                                     Judge Michael M. Baylson, U.S.D.J.

Dated: _____