*Jared S. Zafran, Esquire\**
*Managing Partner*
*Direct Dial: 215-720-5009*
*jared@zafranlaw.com*

*Raymond E. Kenny, Esquire\**
*raymondk@zafranlaw.com*

*Jonathan A. Fendler, Esquire\**
*jonf@zafranlaw.com*

*Jonathan Grau, Esquire*
*jonathang@zafranlaw.com*

*Randy M. Kenny, Esquire*
*randyk@zafranlaw.com*

*Evan J. Benedon, Esquire\**
*evanb@zafranlaw.com*

*Jeffrey M. Christian, Esquire*
*jchristian@zafranlaw.com*

*Ronald L. Marrero, Esquire*
*rmarrero@zafranlaw.com*

*AJ Thomson, Esquire\**
*ajthomson@zafranlaw.com*

*Gerald R. Connor, Esquire*
*gconnor@zafranlaw.com*

*David B. Kline, Esquire^†*
*dkline@zafranlaw.com*

*Stuart A. Carpey, Esquire ∆*
*Fred R. Cohen, Esquire ∆*
*Salvatore J. Cucinotta, Esquire ∆·*

*Ronald A. Blumfield, Esquire ·*
*William C. Kaufmann, Esquire ·*
*Daniel J. Anastasia, Esquire ·*

*\* Members of PA & NJ Bars*
*^Member of PA, MD & NY Bars*
*† LLM in Trial Advocacy*
*∆ Of Counsel*
*· Retired*



Suite 500
1500 Walnut Street
Philadelphia, Pennsylvania 19102
Tel: 215-587-0038 Fax: 215-587-0030
Web: www.jaredzafranlaw.com

November 3, 2022

Via ECF
Honorable Michael M. Baylson
U.S. District Court – EDPA
601 Market Street
Philadelphia, PA 19106

RE:   Z.M. v. Archdiocese of New York and James Garisto
      2:22-CV-02310-MMB

Dear Honorable Judge Baylson:

I write to inform the Court that the Plaintiff, Z.M., has settled all claims against the Defendant Archdiocese of New York only. Upon filing a Notice of Dismissal, the Court will lack jurisdiction over the matter, which has not been answered by Defendant Garisto. I will then file a supplemental Motion for Remand the case against James Garisto to the Philadelphia Court of Common Pleas. The Court can remove all deadlines and events associated with the October 19, 2022 Discovery Order.

Thank you for your time and attention to this matter.

Respectfully,

A.J. Thomson, Esquire

CC:   Chris Del Bove, Esquire (via ECF)
      Aileen McTiernan, Esquire (via ECF)