IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Z.M. v. JAMES GARISTO | CIVIL ACTION NO. 22-2310 |
|---|---|

## ORDER

**AND NOW**, on this 1st day of January, 2023, finding that there was no clear error of fact or law or manifest injustice, it is hereby **ORDERED** that Defendant James Garisto's Motion for Reconsideration of the December 14, 2022 Order to Remand shall be **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

1